In the Matter of the Judicial Settlement of the Account of CHARLES A. BAUDOUINE and Another, as Trustees, etc., Respondents.  MARGUERITE B. BURKE and Others, Appellants.— Order modified to the extent stated in order, and as so modified affirmed, with costs to the trustees respondents

payable out of the estate. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.